UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS EMIL KUGLER, JR.,

    Defendants.
_____/

Case No. 2:13-cr-17

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

Defendant appeared before the undersigned on November 21, 2013, for arraignment on an indictment charging one count of Aggravated Sexual Abuse of a Child Under 12 and one count of Abusive Sexual Contact with a Child Under 12. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services. Defense counsel reserved the right to request a detention hearing at a later date. Accordingly, defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date: November 22, 2013

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge