UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS EMIL KUGLER, JR.,

    Defendants.
_____/

Case No. 2:13-cr-17

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

    Defendant appeared before the undersigned on November 21, 2013, for arraignment on an indictment charging one count of Aggravated Sexual Abuse of a Child Under 12 and one count of Abusive Sexual Contact with a Child Under 12. The government requested the defendant be detained pending further proceedings, which was supported by a recommendation from pretrial services. Defense counsel reserved the right to request a detention hearing at a later date.

    On January 28, 2014, defendant filed a motion to reopen detention. A detention hearing was conducted before the undersigned on February 3, 2014. Testimony was presented from the defendant's mother as to employment and a residence for the defendant should he be released. For the reasons stated on the record, defendant's request for release pending further proceedings is denied. Defendant will remain detained pending further proceedings.

    IT IS SO ORDERED.

Date: February 3, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge